IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02005-AP

DONALD W. MOSLEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Teresa H. Abbott
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
303.757.5000
303.689.9627 (fax)
abbott.teresa@gmail.com

For Defendant:

Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

## 2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3.     **DATES OF FILING OF RELEVANT PLEADINGS**

   A.     **Date Complaint Was Filed:** August 24, 2009

   B.     **Date Complaint was Served on U.S. Attorney's Office**: September 15, 2009

   C.     **Date Answer and Administrative Record Were Filed:** November 16, 2009

4.     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5.     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence at this time.

6.     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7.     **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8.     **BRIEFING SCHEDULE**

   A.     **Plaintiff's Opening Brief**: January 8, 2010

   B.     **Response Brief due:** February 22, 2010

Defendant's counsel requests a due date for the response brief outside the traditional 30 days due to other workload conflicts, including an MSPB evidentiary hearing scheduled for the week of February 8, 2010.  Plaintiff's counsel does not oppose this request.

   C.     **Reply Brief due:** March 9, 2010

9.     **STATEMENTS REGARDING ORAL ARGUMENT**

   A.     **Plaintiff's Statement:** The Plaintiff requests oral argument.

   B.     **Defendant's Statement:**  The Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.   OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT,</u> ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 7th  day of December, 2009

                             BY THE COURT:

                             *s/John L. Kane*_____
                             U.S. DISTRICT COURT JUDGE

APPROVED:

/s Teresa H. Abbott
Teresa H. Abbott
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
303.757.5000
303.689.9627 (fax)
abbott.teresa@gmail.com


Attorney for Plaintiff

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T. Krider
Sandra T. Krider
Special Assistant United States Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant